# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:10-CV-536** |
| | § | |
| **DR. PEPPER SNAPPLE GROUP, INC., et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

| | | |
|---|---|---|
| **EMG TECHNOLOGY, LLC,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CASE NO. 6:11-CV-488** |
| | § | |
| **RADIO SHACK CORPORATION, et al.,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## ORDER

Previously, the Court appointed Richard D. Egan as technical consultant to the Court in this action with his costs to be assessed equally between Plaintiff and Defendants and timely paid as billed. The Court has received Mr. Egan's invoice for services through March 31, 2012, in the amount of $16,464.35 and hereby **ORDERS** payment to be promptly made to Mr. Egan at 1101 South Capital of Texas Highway, Austin, Texas 78746, as follows:

| | |
|---|---|
| Plaintiff: | $ 8,232.18 |
| Defendants: | $ 8,232.17 |
| TOTAL: | $16,464.35 |

**So ORDERED and SIGNED this 24th day of April, 2012.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**