IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| EMG TECHNOLOGY, LLC § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 6:11-CV-488 |
| § | |
| RADIO SHACK CORPORATION, et al., § | |
| § | |
| Defendants. § | |

## ORDER

Pursuant to the Notice of Case Closure filed by EMG (Docket No. 263), the Court hereby enters Final Judgment. It is therefore **ORDERED** that all pending motions are **DENIED AS MOOT**. It is further **ORDERED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 3rd day of December, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**